THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Carlos Antone Bolt, Appellant.
 
 
 
 
 

Appeal From Greenville County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2009-UP-617
 Submitted December 1, 2009  Filed
December 22, 2009

AFFIRMED

 
 
 
 J. Falkner Wilkes, of Greenville, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Assistant Attorney General A. West Lee, all of Columbia; Solicitor
 Robert Mills Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Carlos Antone Bolt appeals his
 conviction for armed robbery.  On appeal, he argues the trial court erred in
 denying his motion for a directed verdict.  We affirm[1] pursuant to Rule 220(b)(1), SCACR,
 and the following authorities:  S.C. Code Ann. § 16-11-330(A)
 (2003) (stating armed robbery occurs when
 a person commits robbery while either armed with a deadly weapon or alleging to
 be armed by the representation of a deadly weapon); State
 v. Mitchell, 382 S.C. 1, 6, 675
 S.E.2d 435, 438 (2009) (holding "[a robbery] occurs not only if the
 perpetrator uses force or intimidation to take possession of the property, but
 also if force or intimidation is used to retain possession immediately after
 the taking, or to carry away the property, or to facilitate escape"); State v. Muldrow, 348 S.C. 264, 559 S.E.2d
 847 (2002) (holding the State must show evidence corroborating the allegation
 of being armed, such as the use of a physical representation of a deadly
 weapon).
AFFIRMED.
Williams, Pieper, and Lockemy, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.